Argued June 18, reversed June 28, reconsideration denied August 4,
petition for review denied September 14, 1976

## BOISE CASCADE CORPORATION, *Petitioner,*
*v.*
## EMPLOYMENT DIVISION, *Respondent.*
### (No. 75-T-6, CA 5842)
#### 550 P2d 1240

*Harry S. Chandler,* Portland, argued the cause and filed the brief for petitioner.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

The respondent concedes that in order for it to prevail, we must overrule *Employment Div. v. Edw. Hines Lbr.,* 19 Or App 866, 529 P2d 934 (1974), Sup Ct *review denied* (1975). We find no reason for so doing.

Reversed.